**UNITED STATES of America, Plaintiff–Appellee**

v.

**Juan Jose RINCON–ZERMENO, Defendant–Appellant.**

**No. 08–40714 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 29, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Following issuance of our order in the instant case on July 31, 2009, the Federal

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

Public Defender appointed to represent Juan Jose Rincon–Zermeno has filed a renewed motion for leave to withdraw and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rincon–Zermeno has not filed a response. Our independent review of the record and counsel's initial and supplemental briefs discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

